JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Suzie Cesarina, etc., et al., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> T-Mobile USA, INc., ) <br> ) <br> Defendant(s). ) <br> ) <br> _____ ) | SACV 17-02054 JVS (JDEx) <br><br> ORDER OF DISMISSAL UPON <br> SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED: February 22, 2018

                                                        James V. Selna <br>
                                       United States District Judge